UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LUC BURBON, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

PENHALIGON'S, INC.,

                Defendant.
------------------------------------x

<u>ORDER</u>

18 Civ. 9086 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       November 8, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge